# AFFIDAVIT

I, Greg Dixon, do hereby depose, aver and state as follows:

1. I reside at 3970 Berlin Dr Sarasota FL 34233

2. My residence is in foreclosure because I have defaulted on making timely mortgage payments. The case number is 2007 CA 006657 NC .

3. I reside there with Tenants .

4. I work at Cityscapes Int Realty ; I have worked there since; and I earn $20000.00 per year.

5. I am responsible for the financial support, in whole or in part, of N/A .

6. The reason I have not made timely payments is: Economy!

7. I wish to discuss conciliation and alternate dispute resolution but I have been unable to communicate with my creditor or reach a representative of my creditor.

8. I have no current intention of contesting foreclosure pro se because I do not know how to do this. I do not understand or know how to plead any legal defenses to foreclosure which I may have. I do not know whether the plaintiff in my case is legally entitled to foreclose. I do not know if the amount claimed by plaintiff is the correct amount of my indebtedness.

9. I cannot afford to retain a lawyer to represent me in foreclosure.

10. The prospect of foreclosure frightens me. It has caused me anxiety, serious physical stress and mental anguish. It has an adverse affect on my health.

11. My attorney is Richard F. Kessler. Special Counsel. He represents before this Court for this proceeding only. He will not represent me in my foreclosure case. He is not admitted to practice in Florida.