**AFFIDAVIT**

I, _Greg Dixon_, do hereby depose, aver and state as follows:

1. I reside at _3970 Berlin Dr Sarasota FL 34233_

2. My residence is in foreclosure because I have defaulted on making timely mortgage payments. The case number is _2009 CA 006657 NC_.

3. I reside there with _TENANTS_

4. I work at _Cityscapes Int Realty_; I have worked there since; and I earn $ _29000.00_ per year.

5. I am responsible for the financial support, in whole or in part, of _N/A_

6. The reason I have not made timely payments is: _Economy!_

7. I wish to discuss conciliation and alternate dispute resolution but I have been unable to communicate with my creditor or reach a representative of my creditor.

8. I have no current intention of contesting foreclosure pro se because I do not know how to do this. I do not understand or know how to plead any legal defenses to foreclosure which I may have. I do not know whether the plaintiff in my case is legally entitled to foreclose. I do not know if the amount claimed by plaintiff is the correct amount of my indebtedness.

9. I cannot afford to retain a lawyer to represent me in foreclosure.

10. The prospect of foreclosure frightens me. It has caused me anxiety, serious physical stress and mental anguish. It has an adverse affect on my health.

11. My attorney is Richard F. Kessler. Special Counsel. He represents before this Court for this proceeding only. He will not represent me in my foreclosure case. He is not admitted to practice in Florida.

# VERIFICATION OF AFFIDAVIT

I, Gregory R Dixon, the undersigned, do hereby swear or affirm, under penalty of perjury, that the information contained in the attached pages is a true, accurate and complete statement of the facts.

Signature: _[signed]_

**INSTRUCTIONS TO NOTARY**
This form must be the product of an oath, not merely an acknowledgment. Before the verification is signed you must:
1. Place the affiant under oath;
2. Insure the affiant understands that all assertions are sworn to as accurate and the affiant is subject to the penalty of perjury for any false statement; and
3. Have the verification signed in your presence.

STATE OF Florida
} ss
COUNTY OF Sarasota

Subscribed and sworn to me this 1st day of June 2009, by Valerie Glessing

Notary Public _[signed Valerie]_
(SEAL)
My Commission Expires: 1-7-2013

VALERIE GLESSING
Comm# DD0849879
Expires 1/7/2013
Florida Notary Assn., Inc