EXHIBIT 2

**From:** Janice Hounchell [mailto:JHounchell@jud12.flcourts.org]
**Sent:** Tuesday, April 28, 2009 1:12 PM
**To:** RICHARD KESSLER
**Subject:** RE: Letter with enclosures to Chief Judge Haworth

Judge Haworth asked that I send this message to you:

Mr. Kessler: We are appreciative of your efforts in monitoring compliance with our foreclosure Administrative Orders. We have spot-checked ourselves and found many deficiencies like those you have uncovered. I really like many of your ideas and you have obviously put in a lot of time on the project.

However, in regard to your recommendations, please be advised:

1. The courts do not have the authority to declare moratoria on case filings. We have a constitutional requirement to maintain access to the courts for all citizens, even those who may not be compliant with local Admin Orders.

2. We have NO resources, magistrates or case managers, to verify checklists to insure compliance. We were forced to fire the people we needed to assist with foreclosures two years ago. We are sailing with a skeleton crew. Our budget is now what it was in 2004, before the tsunami of foreclosures hit us. We have all hands on deck now struggling to avoid furloughs. I simply have no one to assign to such duties, although I am working with Stetson Law School to set up an unpaid intern program to help with these issues this summer. It's kind of like the FHP catching speeders. We'll catch a few in hopes of keeping the others honest, but most will escape. We don't like this, but this is the hand the legislature has dealt us.

3. The current AO on foreclosures requires what we think is necessary. Our judges do not wish to add more documentary or filing requirements for the plaintiffs at this time. We will do what we can to detect non-compliance but the current arrangement already is proving complicated and overwhelming for the foreclosure mills.

4. The judiciary cannot set up a system that requires plaintiffs to pay a fee to a third party vendor as a condition to filing suit, such as the Clearinghouse which you propose.

We would welcome the voluntary assistance of any organization willing to help, but it would have to develop its own independent sources of funding.