```
EXHIBIT 3
```

## HASTE MAKES WASTE FORECLOSURE
### Richard F. Kessler
### Barry Wilhelm
### Tanya Wilhelm

My associates and I undertook this study to ascertain whether the volume of foreclosure cases being experienced in Sarasota County overtaxed the operation of the judicial system leading courts to cut corners, overlook irregularities and otherwise fail to comport with and strictly apply the rules. Three out of four foreclosure cases examined relied upon incomplete or improper documentation. People in Sarasota County were being put out of their homes without compliance with due process of law. There exists a failure to document or otherwise substantiate that the plaintiff bringing foreclosure was either the mortgage creditor or acting on behalf of the mortgage creditor.

For example, the original promissory note was not filed with the court in 71% of the cases reviewed. It is apparent that the Court has been overwhelmed by the volume of unanticipated foreclosures. The problem has been exacerbated by reduced appropriations for the judiciary and the Office of the Clerk of the Court. As a simple matter of economics, supply is being contracted just as demand is being expanded. One result is that, despite the best intentions and sincere efforts of the Sarasota judiciary, the rights of the debtor have gone unprotected in too many cases. Sarasota families are losing their homes as a result of judgments relying upon incomplete or improper documentation.

In an adversarial system, as distinguished from an inquisitorial system, the court, quite properly looks to the parties to represent their own interests with a minimum of judicial interference. Nonetheless, when most cases are going to default judgment and the interest of the defendant goes completely unrepresented, a court, sitting in equity, should recognize that it has certain affirmative obligations to the defendant and the public to guarantee a modicum of due process. It simply will not do to have case after case rely upon nothing more than the bald-faced, self-serving, unsubstantiated assertion of the plaintiff that its owns the note and is entitled to foreclose the property. The volume of cases, no matter how overwhelming, is simply no defense when those who make the rules do not follow the rules.

To help remedy this unfortunate situation, we have submitted this study, including data, together with recommendations. We are asking the 16th Circuit temporarily to postpone foreclosures until a policy statement can be issued which identifies the documents which must accompany a foreclosure complaint and establishes a mechanism which allows these documents to be collected, assembled and scrutinized for use by the Court. We recommend creation of a document clearing house using a third party private contractor. The clearing house would collect, assemble and check documents submitted for the Court so that a complete document file can accompany each case as its proceeds through the Court. We are prepared to establish and provide this clearing house service to the Court without draining public resources. A document review and assembly fee would be charged to counsel for the plaintiff in foreclosure proceedings to p[ay for the cost of these services.

In Sarasota County, families are losing their homes in judicial proceedings relying upon incomplete and improper documentation. This study provides evidence of an invidious, destructive process which cavalierly overlooks the rights and equities of unrepresented mortgage debtors. These debtors are unrepresented because they lack the means to defend themselves and the financial ability to retain counsel. Such conditions provide no justification whatsoever for a court sitting in equity to disregard the repeated failure to comply with the basic documentary requirements to obtain a judgment of foreclosure. Given the rapid fire adjudication of undefended, foreclosure cases relying upon incomplete or improper documentation, it would be a shame if the public begins to ask whether the judges are sitting on the bench or at the table of plaintiff's counsel.

During the course of the study, we were also informed about but did not investigate reports that properties are coming out of foreclosure sales with unmerchantable title. All parties of record with an interest in the property including parties in title, taxing authorities, lien creditors, homeowner or condo associations, judgment creditors and holders of other encumbrances have an interest in the property. Foreclosure cannot extinguish the interest of subordinate creditors not named in the pleadings and given notice of the proceedings. Too often, cases are going to judgment without naming and determining all interests. The risk that the court will be further burdened by foreclosure holders of imperfect title is considerable and will become burdensome.

## FINDINGS

A review of the electronic docket and records files of 200 cases was conducted. Twenty cases did not relate to foreclosures taking place in this Court and received no further consideration. Further examination of the remaining 180 cases produced the following startling results:

1. The original promissory note was not filed with the court in 71% of the cases.
2. Attorneys filed copies of the mortgage note in lieu of originals without pleading the original note lost or destroyed in $13^{1/3}$% of the cases. In each case, the court paid no attention to the difference, and no attorney was chastised for misleading the court by filing improper documents.
3. Among the cases where the original mortgage note was filed with the court:
   (a) The original mortgage note was endorsed in only $33^{1/3}$% of the cases. Of the one out of three cases where a not was endorsed, it was endorsed to the plaintiff or bearer in only $25^{1/2}$% of the cases. A complete chain of endorsement of the mortgage note from obligee to plaintiff was found in only one out of 12 cases studied.
   (b) In two of the cases, an allonge containing the endorsement to plaintiff was filed which was not attached to the original promissory note.
4. The mortgage chain of assignment from mortgagee to plaintiff:
   (a) was complete in only 6.5% of the cases, and
   (b) in 81% of these cases, the recordation of the assignment to plaintiff was dated after the date the complaint was filed.

5. Complete documentation (original promissory note endorsed to plaintiff or bearer and recorded assignment(s) from mortgagee to plaintiff) was filed with this court in $23^{1/2}$% of the cases. More than 3 out of 4 cases were allowed to proceed with incomplete documentation.
6. Where the plaintiff pled that the original mortgage note was lost or destroyed ($51^{1/3}$ % of the cases), plaintiff offered nothing more than its self-serving declaration in the pleadings that plaintiff was the owner and holder of the mortgage note without any requirement by the court of an affirmative proffer of evidence.

**RECOMMENDATIONS**

**1. DOCUMENTS**

Based upon the information elicited by our study, we respectfully request the presiding judge and Circuit panel take the following action:

1. Effective immediately, declare a moratorium on foreclosure in this Circuit pending the issuance of a new revised policy statement.

2. Appoint a magistrate or special referee to sample the docket and review case files independently to confirm the findings of this study.

3. Revise the summary judgment checklist to require submission of the following documents for judgment:

    (a) Where the original promissory note is available:

        (1) The original promissory note.
        (2) The endorsements forming a chain from the obligee to the plaintiff.
        (3) The assignment(s) forming a chain from the mortgagee to the plaintiff.
        (4) The perfection of the assignment(s) by showing evidence of recordation.

    (b) Where the original promissory note has been lost or destroyed:

        (1) Authenticated copies as best evidence of the documents listed in paragraph 3(a)(1)-(4).
        (2) Where such an authenticated document cannot be produced, credible, competent evidence to enable the court to reconstitute the document.

4. Require the complaint to be accompanied by a title report with a title insurance commitment.

5. Require the plaintiff to file a copy of the legal document:

    (a) designating the plaintiff to hold the mortgage note.
    (b) empowering the plaintiff to file suit to foreclose the property.
    (c) empowering the plaintiff to foreclose for and on behalf of the holder(s) and owner(s) of the mortgage note.

6. Appoint a judicial representative to sample case filings in the future to assure compliance with the revised foreclosure policy. This will enable the court to take whatever disciplinary measures it may deem appropriate and necessary to assure compliance with the revised procedure.

## 2. Document Clearing House

All the problems referred to in this study relate to documents: either plaintiff failed to file a document, filed an incorrect document or filed an incomplete document. It is a misallocation of resources to use the finely trained mind of a judge as a document checker where a clerk is required. Normally, one could look to the Office of the Clerk of the Court to perform these clerical functions. Unfortunately, current economic conditions do not allow such a delegation of responsibility because the resources required to perform the document checking function are unavailable, and the likelihood of additional funding being appropriated is somewhere between unlikely and impossible.

Under these circumstances it makes the most sense for the Court to contract out the document collection, assembling and checking to a third party, private contractor. Because public funds will be unavailable, the third party contractor will have to charge fees for its services to plaintiffs filing foreclosure complaints. Document collection would have to be integrated with the Clerk's electronic docket. When all documents have been checked and collected, plaintiff's counsel should certify the file as complete and correct with the concurrence of the contractor as document auditor. The file would be retained by the contractor until all documents are filed correctly unless and until requested by the Clerk or the Court.

My associates and I are ready, willing and able to establish and operate a document clearing house for the Court paid for by plaintiffs filing complaints in foreclosure. The court would be contracting out for services it could not perform in house with currently available public resources without having to pay for the services being performed. At the same time, the use of the clearing house would eliminate the problems concerned with incomplete documentation in foreclosure cases.

## METHODOLOGY

The authors of this study are Tanya Wilhelm, Barry Wilhelm and Richard F. Kessler. All are residents of Sarasota County.

This study used the following methodology. Two hundred cases were selected in random numerical sequence. Twenty cases did not relate to foreclosures taking place in this Court and received no further consideration. For the remaining 180 cases, a document search was undertaken. For the remaining 180 cases, the court file for each case was searched for the original promissory note and the following notation used to identify the result of the search:

1. No original promissory note and the complaint contained a lost or destroyed note count;
2. Original promissory note in file;
3. A copy of the note was used instead of the original and the complaint did not contain a lost or destroyed note count; and
4. The auditor was unable to determine whether or not the promissory note was genuine. No case matched this notation.

Where an original note was found, the auditor determined:

1. if the note was endorsed;
2. if the note was endorsed in sequence from the mortgagee to the plaintiff.
3. If the mortgage was assigned in sequence from the mortgagee to the plaintiff;
4. If the assignment(s) were recorded;
5. The date the complaint was filed;
6. The date upon which the assignment to the Plaintiff was recorded.

**ACKNOWLEDGEMENTS**

The authors of this study would like to take this opportunity to thank and commend the Honorable Karen E. Rushing, Clerk of the Circuit Court and County Comptroller, Irene Plank, Director of Court Services, Janice Conway and the staff of the Clerk's Public Documents Room for their assistance, prompt attention to our requests and unflagging good spirits and helpfulness. We hope everyone appreciates the fine job being done by the Office of the Clerk.

We also received information and advice from two members of the local Bar, Julie A. Horstkamp and David Silberstein from Kirk, Pinkerton.

Accordingly, the authors of this study have submitted this study together with a set of recommendations to the honorable presiding judge and honorable judicial panel of the 12th Circuit Court of Florida.

Richard F. Kessler

Tanya Wilhelm

Barry Wilhelm

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009604 SC | 6/17/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009611 NC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009613 SC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009624 NC | 6/17/2008 | 2 | ☐Y ☑N | ☐Y ☐N ☑A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | 06/16/08 | 07/29/08 | endorced by Allonge |
| 2008 CA 009636 NC | 6/17/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009638 NC | 6/17/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009639 NC | 6/17/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | 07/17/08 | 04/17/08 | |
| 2008 CA 009681 SC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009682 SC | 6/17/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009683 NC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009684 SC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009685 NC | 6/17/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009718 NC | 6/18/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009721 NC | 6/18/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009724 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009729 NC | 6/18/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009734 SC | 6/18/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009735 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009738 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009767 SC | 6/18/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009769 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009771 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009772 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009777 SC | 6/18/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/18/08 | 06/17/08 | |
| 2008 CA 009779 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009782 NC | 6/18/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/18/08 | | LETTER 6/12/08 |
| 2008 CA 009783 NC | 6/18/2008 | 2 | ☐Y ☑N | ☐Y ☑N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/18/08 | | LETTER 6/16/08 |
| 2008 CA 009786 SC | 6/18/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009787 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009789 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009792 SC | 6/19/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/19/08 | 06/18/08 | |
| 2008 CA 009796 NC | 6/18/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009807 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009809 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009817 NC | 6/18/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☐Y ☑N | 06/18/08 | 03/01/08 | |
| 2008 CA 009821 SC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009824 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009826 NC | 6/18/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009829 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009831 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009837 NC | 6/18/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/18/08 | 02/06/07 | |
| 2008 CA 009845 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009846 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009847 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009848 SC | 6/20/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009849 SC | 6/19/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/19/08 | 08/16/08 | assisgnement perfected 07/08 |
| 2008 CA 009851 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009855 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009856 NC | 6/19/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009858 NC | 6/19/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/19/08 | | |
| 2008 CA 009860 SC | 6/19/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | 06/19/08 | | |
| 2008 CA 009862 NC | 6/20/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009865 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009868 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009869 SC | 6/20/2008 | 2 | ☐Y ☑N | ☐Y ☐N ☑A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | 06/20/08 | 06/27/08 | |
| 2008 CA 009870 NC | 6/20/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009873 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009896 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009898 SC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009900 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assignments Complete? | Chain of Assignments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009902 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009904 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009905 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009906 SC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009910 NC | 6/19/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009911 SC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009912 SC | 6/19/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009913 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009914 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009917 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009919 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009921 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009925 SC | 6/23/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009933 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009938 NC | 6/20/2008 | 2 | ☐Y ☑N | ☐Y ☑N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/23/08 | ---- | *Tee Foe |
| 2008 CA 009940 SC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009942 SC | 6/20/2008 | 2 | ☐Y ☑N | ☐Y ☐N ☑A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/20/07 | 02/21/07 | Option One Corp.   Allonge |
| 2008 CA 009943 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009945 SC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009946 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009948 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009950 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009951 NC | 6/20/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | 06/20/08 | 07/29/08 | |
| 2008 CA 009952 NC | 6/20/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | 06/20/08 | 09/29/08 | |
| 2008 CA 009954 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009955 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009956 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009957 SC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009959 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009962 SC | 6/23/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009964 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009965 SC | 6/23/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009966 NC | 6/23/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009970 NC | 6/23/2008 | 2 | ☐Y ☑N | ☐Y ☐N ☑A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/20/08 | 07/07/06 | |
| 2008 CA 009975 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009977 NC | 6/20/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009980 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009981 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009983 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009985 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 009986 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009988 NC | 6/20/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/20/08 | | |
| 2008 CA 009989 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009991 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009994 SC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009996 NC | 6/20/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 009998 NC | 6/23/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☑N | ☐Y ☐N | ☐Y ☐N | | | no assignments |
| 2008 CA 010016 NC | 6/23/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/24/08 | 06/18/08 | |
| 2008 CA 010017 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010018 NC | 6/23/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010021 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010025 SC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010027 SC | 6/24/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010028 SC | 6/24/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010029 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010032 NC | 6/23/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010033 SC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010034 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010035 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010036 NC | 6/24/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/24/08 | 05/01/08 | MERS |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? | Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 010046 NC | 6/23/2008 | 2 | ☐Y ☑N | ☑Y ☐N | ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/03/08 | 12/10/03 | |
| 2008 CA 010049 NC | 6/23/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010059 NC | 6/24/2008 | 2 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010061 NC | 6/24/2008 | 2 | ☑Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010064 NC | 6/23/2008 | 2 | ☐Y ☑N | ☐Y ☑N | ☐A | ☐Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/13/08 | 03/23/06 | |
| 2008 CA 010071 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010086 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010088 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010092 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010093 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010094 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010095 NC | 6/24/2008 | 2 | ☐Y ☑N | ☑Y ☐N | ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/26/08 | | |
| 2008 CA 010096 NC | 6/24/2008 | 2 | ☐Y ☑N | ☑Y ☐N | ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/24/08 | 06/20/08 | recorded assignment 07-08-08 |
| 2008 CA 010098 SC | 6/24/2008 | 3 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010100 SC | 6/24/2008 | 2 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010101 NC | 6/24/2008 | 2 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010102 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010103 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010112 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N | ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010116 NC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N | ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/17/08 | 06/25/06 | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 010123 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010126 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010127 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010128 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010133 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010135 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010136 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010138 SC | 6/24/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010140 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010143 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010144 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010148 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010153 SC | 6/24/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010154 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010155 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010157 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010158 SC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010161 SC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | 06/25/08 | 06/25/08 | |
| 2008 CA 010162 SC | 6/25/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010164 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 010182 SC | 6/25/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | 06/25/08 | | |
| 2008 CA 010183 NC | 6/24/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010184 NC | 6/25/2008 | 2 | ☐Y ☑N | ☐Y ☑N ☐A | ☐Y ☑N | ☐Y ☑N | ☐Y ☑N | 06/25/08 | 06/30/08 | endorsed to third party |
| 2008 CA 010185 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010186 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010187 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010188 NC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | 06/25/06 | 02/06/03 | |
| 2008 CA 010192 NC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☑Y ☐N | ☑Y ☐N | | 06/30/08 | |
| 2008 CA 010193 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010197 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010198 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010201 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010203 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010204 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010205 NC | 6/25/2008 | 3 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010212 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010214 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010218 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010219 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010222 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

| Case Number | Filing Date | 1 | Plaintiff Match Original Lender? | Note Endorsed? Allonge? | Endorsement Chain Completed? | Chain of Assigments Complete? | Chain of Assigments Perfected? | Date of Original Complaint. | Date of Assignment to Plaintiff. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 CA 010225 NC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010233 NC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☑Y ☐N | ☐Y ☑N | ☐Y ☑N | | ----- | 5/18/2005 |
| 2008 CA 010235 SC | 6/25/2008 | 1 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CA 010250 NC | 6/25/2008 | 2 | ☐Y ☑N | ☑Y ☐N ☐A | ☐Y ☑N | ☐Y ☐N | ☐Y ☑N | | | |
| 2008 CA 010252 NC | 6/25/2008 | 2 | ☑Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | 06/25/08 | | |
| 2008 CC 004415 NC | 6/19/2008 | 1 | ☐Y ☑N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| 2008 CC 004570 NC | 6/25/2008 | 2 | ☐Y ☐N | ☐Y ☐N ☐A | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |