EXHIBIT 4

**INSTRUCTIONS FOR COMPLETING**
*Mortgage Foreclosure Summary Judgment Checklist*

This checklist must be completed IN FULL and submitted via e-filing along with all of the other required supporting documentation prior to the summary judgment hearing. ***The attorney appearing before the Court at the hearing shall re-certify the accuracy of this Checklist to the Court.*** The Court and Clerk will rely upon the attorney's certification that the information in the checklist is accurate.

The *Checklist* is a password-protected Word form. You must first download the form in order to save any changes.

Questions and comments on this document may be submitted via e-mail to courtweb@jud12.flcourts.org.

# MORTGAGE FORECLOSURE SUMMARY JUDGMENT CHECKLIST
## TWELFTH JUDICIAL CIRCUIT – MANATEE – SARASOTA – DESOTO COUNTIES

| | |
|---|---|
| **Plaintiff(s):** | **Case Number**: <br> **Division:** *Division drop-down menu* |
| **Date of Hearing:** | **Time of Hearing:** |

**IS THIS HOMESTEAD PROPERTY WHERE CONCILIATION REQUIRED? [This applies to all cases filed on or after 12/1/08]**

| | |
|---|---|
| ☐ Y ☐ N | If "yes," *Notice to Homeowners Facing Foreclosure* form was attached to Summons. |
| ☐ Y ☐ N | If "yes," pursuant to Administrative Order 2008-15.1, the required Homestead Foreclosure Conciliation Telephone Conference was attempted and/or completed. *Certificate of Compliance re Conciliation* filed on (date): |

**SERVICE ON DEFENDANTS**

| Defendant(s) <br> (Additional pages attached? ☐ Yes ☐ No) | Date Served <br> (Note if party dropped) | Type of Service | Response Filed <br> (Indicate date filed or "None") | Date Defaulted <br> (Required if no timely response) | Date Non-Mlt'y Affidavit Filed <br> (Required if default) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| FORECLOSURE PACKET (All documents *must* be filed with Clerk of Court when hearing time is reserved) | | Date Filed |
|---|---|---|
| ☐ Y ☐ N | Motion for Summary Judgment, Notice of Hearing and all other supporting documentation E-filed & sent to Defendants pursuant to Florida Rule of Civil Procedure 1.510 | |
| ☐ Y ☐ N | Original Note filed ; *or* Count to Re-establish Lost Note plead and affidavit filed in support of lost note. | |
| ☐ Y ☐ N | Original Mortgage filed; *or* Count to Re-establish Lost Mortgage plead & affidavit filed in support of lost mortgage. | |
| ☐ Y ☐ N | Plaintiff is original lender; *or* Allonge or Assignment filed | |
| ☐ Y ☐ N | Affidavit of Indebtedness (Principal, Interest, Late Charges) | |
| ☐ Y ☐ N | Affidavit as to Costs | |
| ☐ Y ☐ N | Affidavit as to Attorney's Fees (rate/hours or flat fee) | |
| ☐ Y ☐ N | Affidavit as to Reasonableness of Attorney's Fees (if required) | |
| ☐ Y ☐ N | 12th Judicial Circuit's *Uniform Final Judgment of Foreclosure* form used or written permission rec'd to deviate | |
| ☐ Y ☐ N | Amounts: *Uniform Final Judgment of Foreclosure* match amounts in affidavits; amounts are totaled & correct. | |
| ☐ Y ☐ N | Notice of Sale, Certificate of Sale and Certificate of Title | |
| ☐ Y ☐ N | Attorney appearing at hearing shall bring four (4) self-addressed, stamped envelopes for the Clerk's use for EACH party entitled to copies of Final Judgment, Notice of Sale, Certificate of Sale, and Certificate of Title; (e.g. a 2 party case = 8 envelopes) | |

| *UNCONTESTED* SUMMARY JUDGMENT FINAL HEARING | |
|---|---|
| ☐ Y ☐ N | This case is scheduled for a five (5) minute hearing through the Court's dedicated JACS foreclosure docket. <br> To scheduled using JACS, go to www.jud12.flcourts.org |

| *POTENTIALLY CONTESTED* SUMMARY JUDGMENT FINAL HEARING | | Date Filed |
|---|---|---|
| ☐ Y ☐ N | This case is potentially contested and it set on the assigned judge's regular civil docket using JACS in compliance with the assigned judge's requirements and the applicable rules. To scheduled using JACS, go to www.jud12.flcourts.org | |
| ☐ Y ☐ N | Affidavits filed in Opposition to Motion for Summary Judgment | |
| ☐ Y ☐ N | Affirmative Defenses filed | |
| ☐ Y ☐ N | Motion to Dismiss Filed | |
| ☐ Y ☐ N | Suggestion of Bankruptcy filed | |
| ☐ Y ☐ N | Other: | |

**ATTORNEY'S CERTIFICATION – *Must be certified by the attorney appearing in person at the hearing***

*I certify that I have read and complied with the 12th Judicial Circuit's procedures for foreclosure actions as set forth in Admin Orders 2008 - 14.1, 2008 -15.1 and 2009-2.1. I understand that failure to comply with these requirements may result in the cancellation of a hearing or sanctions.*

**Circuit Foreclosure Liaison (Print Name):**

| | |
|---|---|
| **Attorney Submitting Certification (Print Name):** | **Signature:** |
| **Florida Bar Number:** | **Date:** |
| **Phone:** | **Fax:** | **E-Mail:** |

**DO NOT USE THIS SPACE – FOR COURT or CLERK'S USE ONLY**

# The Honorable Harry M. Rapkin
# Foreclosures - Sarasota – Information And Requirements
### (Updated March 25, 2009)

*Compliance with these Requirements &*
*Administrative Orders No. 2008-14.1, 2008-15.1, and 2009-2.1 is mandatory.*
**Failure to follow these procedures could result in cancellation of hearings, your firm losing the
privilege of your ability to schedule on JACS, or other sanctions.**

## Contact Information

**Office Hours:**    Regular office hours are from 8:30 a.m. - 5:00 p.m. The Division A and C offices
are closed for lunch daily from 12:00 p.m. to 1:00 p.m.

**Courtroom:**    Proceedings are held in Courtroom *8B* at the Judge Lynn N. Silvertooth Judicial
Center, 2002 Ringling Blvd., Sarasota, Florida 34237.

**Mailing Address:**    Mail should be directed to the respective Civil Division A or C Judge:
P. O. Box 48927, Sarasota, FL 34230.

**Telephone:**    Please **DO NOT** call the Civil Division A or C judicial assistant without first
reading these requirements. **To inquire about the outcome of a hearing, please
consult the Clerk's website at** www.sarasotaclerk.com

**Fax:**    **(Division A and C faxes should be used for emergencies only).**

## Local Rules & Standards of Professionalism:

All attorneys must follow the Local Rules and 12th Judicial Circuit Standards of Professionalism, which are available via the internet at www.sarasotabar.com or www.jud12.flcourts.org.

Specifically, pursuant to Rule of Civil Procedure 1.510, subsection c, the moving party shall serve the motion 20 days prior to hearing and shall also serve within that time copies of any summary judgment evidence in support of the motion not already filed with the court.

# The Honorable Harry M. Rapkin
# Foreclosures - Sarasota – Information And Requirements
### (Updated March 25, 2009)

## Circuit-Wide Homestead Foreclosure Conciliation Program (HFCP)

**General Information**

Pursuant to Administrative Order 2008-15.1, in all actions to foreclose mortgages on residential property **or** in cases where the homestead status of the property is unknown or in doubt, the plaintiff shall file with the complaint and attach to the summons a "**Notice to Homeowners Facing Foreclosure**".

**Mandatory Conciliation Conference**

The HFCP Program is available only to owners of real property who have filed for **homestead exemption** status pursuant to Article VII, Section 6 of the Florida Constitution on or before the date a foreclosure complaint against the property has been filed with the Clerk. Participation on the program is mandatory for foreclosure plaintiffs but optional for the owners, who may decline to participate. **The fact that lenders and owners have**

**engaged in pre-filing discussions does not exempt lenders from complying with Administrative Order 2008-15.1.**

## Scheduling Hearings:

**DO NOT SCHEDULE  UNCONTESTED FORECLOSURE SUMMARY JUDGMENT HEARINGS ON THE CIVIL DIVISION A OR CIVIL DIVISION C DOCKETS.**
Failure to schedule on the appropriate docket and follow all of the mandatory guidelines will result in an immediate cancellation of your hearing.

| | |
|---|---|
| **Motion for Foreclosure Summary Judgment Hearings** | All Motions for Final Summary Judgment of Foreclosure hearings for residential and commercial mortgages on real property located in Sarasota must be scheduled on Judge Rapkin's Foreclosure Division calendar through the Judicial Automated Calendaring System ("JACS"). JACS can be accessed online at www.jud12.flcourts.org. |
| **Contested Foreclosure Hearings** | All contested Final Summary Judgment hearings must be scheduled on the respective Civil Division A or C calendar in accord with the Judge's requirements. |

# The Honorable Harry M. Rapkin
# Foreclosures - Sarasota – Information And Requirements
### (Updated March 25, 2009)

| | |
|---|---|
| **Emergency Hearings:** | All motions requesting emergency hearing time shall be faxed or delivered directly to the assigned Division A or C judge, along with a cover letter, prior to scheduling a hearing. The motion should be detailed, and include the amount of hearing time required. The judge will review the motion & determine whether an expedited hearing is required and upon which |

calendar it may be set.

## Cancellation of Hearings

JACS should be used to cancel hearings when possible. However, JACS will not authorize a cancellation when it results in short notice to the parties. When JACS does not permit a cancellation, the moving party may cancel a hearing by contacting the respective Division A or C judge's judicial assistant by telephone. The phone call shall be promptly followed by a Notice of Cancellation filed with the Clerk of Court. In any event, when a hearing is canceled, the moving party shall promptly **fax a copy to the respective Civil Division A or C Judge** and provide notice of the cancellation to all parties.

## Telephonic Appearances:

Pursuant to Administrative Order No. 2009-2.1 **Telephonic appearances ARE NOT ALLOWED** on any Foreclosure proceeding in the 12 $^{th}$ Circuit.

## Requirement to Electronically File Pleadings (E-Filing)

**General Information**            Pursuant to Administrative Order 2008-14.1, electronic filing for actions to foreclose residential and commercial mortgages on real property is required in the 12 $^{th}$ Circuit.

**Original Documents**            Original documents such as promissory notes and mortgages shall be delivered to the Clerk of Court for filing, accompanied by a Notice of Filing. **Copies of original documents shall be included in the parties' E-filing submission.**

# The Honorable Harry M. Rapkin
# Foreclosures - Sarasota – Information And Requirements
### (Updated March 25, 2009)

## Requirement to E-file Documents Prior to Hearing:

The following documents must be E-filed **immediately** upon securing hearing time on Judge Rapkin's JACS Foreclosure calendar:

1. Mortgage Foreclosure Summary Judgment Checklist
2. Uniform Final Judgment of Foreclosure
3. Attorney's Certificate of Compliance With Homestead Foreclosure Conciliation Program
4. Notice to Home Owners Facing Foreclosure
5. Copies of original documents

## Documents Required to be brought to Court Hearing:

Plaintiff's Counsel shall, in addition to the E-filing requirement, bring copies of the following pleadings to the hearing for the Judge:

**Packet for Judge:**
1. Mortgage Foreclosure Summary Judgment Checklist
2. Uniform Final Judgment of Foreclosure with the appropriate number of copies to be conformed at the time of hearing. Pursuant to Administrative Order 2009 2.1, It will be plaintiff's counsel's responsibility to provide copies of the conformed order to each of the parties.
3. Attorney's Certificate of Compliance With Homestead Foreclosure Conciliation Program
4. Notice to Home Owners Facing Foreclosure

## Attorney Appearing for Hearing Must Re-Certify Checklist:

The attorney appearing at the hearing on behalf of the plaintiff must re-certify that the Mortgage Foreclosure Summary Judgment Checklist is accurate and complete.

# The Honorable Harry M. Rapkin
# Foreclosures - Sarasota – Information And Requirements
### (Updated March 25, 2009)

## Motions That Must Be Heard By Magistrate Bailey:

**Referral to
Magistrate Bailey**

The judges of the Circuit Civil Divisions A and C **require** attorneys to schedule certain motions before **Magistrate Deborah A. Bailey**. The scheduling attorney must prepare and forward an "Order of Referral" with the appropriate number of copies and stamped/addressed envelopes to the assigned judge for signature, unless an Order has previously been entered (form "Order of Referral" available online at www.jud12.flcourts.org (click on JACS link)).

**Scheduling Hearings
Before the Magistrate**

Scheduling is to be done through JACS (Court #27) **after** obtaining the signed Order of Referral

### HEARINGS REQUIRED TO TAKE PLACE BEFORE THE MAGISTRATE

The following is a list of motions that are to be scheduled with Magistrate Bailey. In addition to discovery-related motions and motions directed to the pleadings, there is a list of miscellaneous motions that Magistrate Bailey has been hearing, and will continue to hear. **The List Below Is Not All Inclusive. If you should have a motion NOT listed below that is either discovery related or directed to a pleading, that motion should also be scheduled in front of the magistrate**. The only time one of these motions is to be scheduled in front of the assigned judge is if an "Objection to Referral to Magistrate" has been filed.

**Discovery-Related
Motions**

Compel, Contempt re Discovery Order, Extend Time, Objections to Interrogatories, Objections to Production, Protective Order, Quash Sanctions (re Discovery Matters),
**Any Additional Discovery-Related Motion Not Listed**

**Motions Directed to
Pleadings**

Add/Drop Parties, Amend, Default, Dismiss, Intervene, Judgment on Pleadings, More Definite Statement, Strike,
**Any Additional Motion Directed To Pleadings Not Listed**

**Miscellaneous Motions**

Abate, Compel Arbitration, Confirm Arbitration, Compel Mediation Lis Pendens, Sever, Transfer Jurisdiction/Venue, Vacate/Set Aside (On Non-Trial Related Issues)

**Withdrawal of Counsel**       **May be heard by magistrate or assigned judge**