June 1, 2009

Client Name:
Address:

RE: **Dixon et al. v Haworth et al**.

**LIMITED RETAINER AGREEMENT**

I appoint Richard Kessler to represent me, pro bono, as a party to a lawsuit seeking injunctive relief against the foreclosure practices of the 12th Circuit District Court in Florida.. I understand that said attorney has agreed to represent me for this lawsuit ***only***. I understand that he may close my file after the lawsuit and will have no further obligation to represent me with respect to foreclosure of my home.

I also understand that said attorney will not be obligated to represent me in any other matter, including, but not limited to bankruptcy, foreclosure property and consumer credit issues. If I need legal assistance in the future on any other matter, I understand that I may contact Neighborhood Legal Services Association, or I may seek representation from a private attorney for a fee.

I understand that said attorney is not a member of the Florida Bar, does not represent clients in Florida or appear in Florida courts and is appearing in this lawsuit under a special admission granted by the U.S. District Court solely to litigate this lawsuit.

I further understand my responsibility to report to said attorney any changes in income or family composition that would affect my eligibility for pro bono legal services.

I am financially unable to pay for any court costs unless the court excuses me from doing so, or orders the respondent to pay them. I also understand that I am financially unable to pay any expert witness fee.

Date: 6-1-09 ______________________

______________________
Client Name

Greg Dixon