UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GREGORY R. DIXON, et al.,**

    **Plaintiffs,**

v.                                         CASE NO: 8:09-cv-1017-T-30EAJ

**LEE E. HAWORTH, Chief Circuit Court
Judge for the 12th Circuit of Florida,
et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. On June 22, 2009, an Order was entered which required Plaintiffs to either (1) file a new motion to proceed *in forma pauperis* with the appropriate Affidavit of Indigency, or (2) submit the requisite filing fee to the Clerk of Court, failing which Plaintiffs' complaint would be dismissed without prejudice. A review of the file indicates Plaintiffs have not filed the appropriate motion or paid the required filing fee. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 13, 2009.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2009\09-cv-1017.dismissal.wpd*