UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GREGORY DIXON, et al.,**

    **Plaintiffs,**

v.                                          Case No.  8:09-cv-1017-T-30EAJ

**LEE HAWORTH, Chief Circuit Court**
**Judge for the 12th Circuit of Florida, et al.,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

    THIS CAUSE comes before the Court *sua sponte*.  Upon review of the record in this case, it appears that Plaintiffs' counsel, Richard Kessler, has failed to comply with the Court's June 5, 2009 Order (Dkt. 7) granting his motion to appear pro hac vice.  Accordingly, it is ORDERED and ADJUDGED that Mr. Kessler shall within eleven (11) days of the date of this Order SHOW CAUSE, in writing, why he should not be discharged from this case.  Should Mr. Kessler fail to do so, Plaintiffs will have thirty (30) additional days to retain new counsel.

    **DONE** and **ORDERED** in Tampa, Florida on November 17, 2009.

                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1017.SCO noncompliance with order.frm